**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CHARLES KM KAIBANDA,

                      Petitioner,

-against-                                        21 **CIVIL** 5953 (JPC)

                                                      **<u>JUDGMENT</u>**

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICE, et al.,

                      Respondent.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated June 17, 2022, Kaibanda gave false testimony under oath, and he did so to try to gain U.S. citizenship. That means that, under section 1101(f)(6), Kaibanda lacks good moral character and is statutorily ineligible to naturalize within five years of making those statements. The Government's Motion for summary judgment is granted and Kaibanda's Petition is denied for review; accordingly, the case is closed.

**Dated:**  New York, New York

      June 17, 2022

                                                                 **RUBY J. KRAJICK**

                                                                     **Clerk of Court**
                                **BY:**        *K. Mango*
                                                                       **Deputy Clerk**